AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**THOMAS FIELDS**
**DOB:** x/xx/xx
**PDID:** xxx-xxx

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>August 26, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>**DETECTIVE SCOTT BROWN**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE SCOTT BROWN**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____    at    <u>   Washington, D.C.   </u>
**Date**                                       **City and State**

_____         _____
**Name & Title of Judicial Officer**           **Signature of Judicial Officer**

**STATEMENT OF FACTS**

  On August 26, 2008, members of the Drug Enforcement Agency Task Force and the Metropolitan Police Narcotics Special Investigations Division arrested defendant Thomas Fields pursuant to a second sighting resulting from a previous sale of crack cocaine to a confidential source. When the defendant was stopped he had placed a cooler and two gloves inside the passenger area of his vehicle. A search of the vehicle lead to the recovery of approximately 76 grams of crack cocaine from inside one of the gloves that the defendant was observed carrying. A search of the defendant's person revealed approximately $2,033 in U.S. currency. A portion of the crack cocaine was field tested positive for cocaine base. The approximate weight of the crack cocaine indicates that the drugs were going to be sold to others rather than used exclusively by the defendants.

         DETECTIVE SCOTT BROWN
         MPD - NARCOTICS SPECIAL INVESTIGATIONS
         DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF AUGUST, 2008.

         U.S. MAGISTRATE JUDGE