UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 08-525M |
| v. : | |
| : | |
| THOMAS FIELDS : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederic Gallun at telephone number (202) 514-6997 and/or email address Frederic.Gallun@usdoj.gov. Mr. Gallun will substitute for AUSA Angela George as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
FREDERIC GALLUN
Assistant United States Attorney
555 4th Street, N.W., 4th floor
Washington, D.C. 20530
(202) 514-6997
E-mail: Frederic.Gallun@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was caused to be served by mail upon the attorney for the DEFENDANT, David Walker Bos, Federal Public Defender, 625 Indiana Avenue, Suite 550, Washington, DC 20004 this 30th day of August 2008.

_____
FREDERIC GALLUN
Assistant United States Attorney